LINDA PALERMO *v.* TOWN OF STRATFORD ET AL.
(8356)

DALY, O'CONNELL and CRETELLA, Js.

Argued September 26—decision released November 21, 1990

*Linda Palermo,* the appellant (plaintiff), pro se.

*Alfred J. Onorato,* for the appellees (named defendant et al.).

PER CURIAM. The judgment is affirmed.